United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMETECH CONSTRUCTION & DESIGN, | Case No. 5:22-cv-01828-EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| v. | |
| ALEXANDRA DIZ STUDIO LLC, et al., | |
| Defendants. | |

On January 10, 2023, the parties filed a notice of settlement.  ECF No. 24.  The Court then ordered the parties to file their dismissal by January 31, 2023, or to file a status report by that date if there were delays.  ECF No. 25.  The parties did neither by the January 31 deadline, and now nearly two years has passed with no further activity on the docket.  Therefore, the Court **ORDERS** the parties to file their dismissal, or to show cause why this case should not be dismissed for failure to prosecute, by February 4, 2025.

**IT IS SO ORDERED.**

Dated:  January 21, 2025

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-01828-EJD
ORDER TO SHOW CAUSE                    1